

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

JENNIFER CABALLERO,           §           No. 08-18-00033-CV

    Appellant,   §           Appeal from the

v.                            §           388th District Court

SANJIV VIG,                   §           of El Paso County, Texas

    Appellee.    §           (TC# 2014DCM6244)

§

**O R D E R**

On July 3, 2017, the Court granted the parties' joint request to mediate this appeal. The order included a requirement that the parties file a motion to reestablish the appellate timetable in the event mediation was unsuccessful. Neither party filed a motion, but Appellant filed a letter advising the Court that mediation was unsuccessful. We have construed the letter as a motion to reestablish the appellate timetable. The motion is GRANTED. Appellant's brief is due 30 days from the date of this order.

IT IS SO ORDERED this 9th day of October, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.